## People of State of Illinois, Defendant in Error, v. Carl Kohler, Plaintiff in Error.

**Gen. No. 45,037.** 

 
Louis L.
Gould and Stephen Lee, for plaintiff in error; John S. Boyle, State's Attorney, for defendant in error; John T. Gallagher and Rudolph L. Janega, Assistant State's Attorneys, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed May 3, 1950; released for publication May 23, 1950.